UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,       CASE NO. 05-60048-CR-DIMITROULEAS
    Plaintiff,

VS.

JOHN STEVEN WHITE
    Defendant.

## ORDER

THIS CAUSE having been heard before the Court on October 15, 2008 upon the Government's Motion for Sentence Reduction pursuant to F.R.Crim. P. 35 (b). Upon consideration of the government's motion and being duly advised , it is

ORDERED AND ADJUDGED that the aforementioned motion be and the same is hereby GRANTED.

The sentence of 60 months imprisonment previously imposed is reduced to Time Served. All other aspects of the sentence remain the same as previously imposed.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this __15__ day of October, 2008.

                                                WILLIAM P. DIMITROULEAS
                                              United States District Judge

Copies furnished to:

Joanne Fine , AUSA
William Athas, AUSA
Martine Feigenbaum, Esq.
U.S. Probation Office
U. S. Marshal (3 certified copies)